USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/16/2022_

# CSM Legal, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510
New York, New York 10165

Facsimile: (212) 317-1620

March 15, 2022

**VIA ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Alfredo Hernandez Ramirez, et al v. AA BC Bakery Café Corp., et al
              Docket No.: 21-cv-00458 (AT)

Your Honor:

    Our office represents Plaintiffs in the above-referenced matter. I write, jointly with defense counsel, to respectfully request the Court for an extension of the deadline to submit the settlement agreement for Court approval, from the current deadline of March 15, 2022 to March 25, 2022. This is the first request of its kind. Plaintiffs have signed the settlement agreement. However, Defendants need additional time to review and sign the agreement.

    The parties apologize to the Court for submitting the within request beyond the deadline to do so.

    The parties thank the Court for its time and consideration of this matter.

GRANTED.

SO ORDERED.

Dated: March 16, 2022
       New York, New York

ANALISA TORRES
United States District Judge